IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: January 22, 2026 |
| SAMUEL D. MARCUS | : | VIOLATIONS: |
| | | 18 U.S.C. § 1956(h) (conspiracy to |
| | : | commit money laundering – 1 count) |
| | | 18 U.S.C. § 1957 (illegal monetary |
| | : | transactions – 6 counts) |
| | | 18 U.S.C. § 1956(a)(1)(B)(i) (concealment |
| | : | money laundering – 1 count) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1.      Defendant SAMUEL D. MARCUS was a resident of Oreland, in the Eastern District of Pennsylvania.

2.      SDM Clearing Depo LLC was a limited liability company registered in the Commonwealth of Pennsylvania, and under the sole ownership and operation of defendant SAMUEL D. MARCUS.

3.      Defendant SAMUEL D. MARCUS was in direct and regular contact with a group of fraudsters based in Nigeria, who operated under the aliases "Rachel Jude" and "Ned McMurray," among others.

4.      Using aliases, the Nigerian-based fraudsters engaged in various wire fraud schemes that targeted victims based in the United States, including romance fraud, cyber fraud, tax

fraud, financing fraud, and business email compromise schemes. Victims lost millions of dollars to these fraud schemes.

5.   To help them perpetrate their frauds, the fraudsters, using the aliases "Rachel Jude" and "Ned McMurray," employed a network of individuals in the United States known as "Money Mules" to receive, conceal, and launder the fraud proceeds obtained from their victims.

6.   Defendant SAMUEL D. MARCUS, working as a Money Mule for the fraudsters, personally deposited and transferred millions of dollars of fraudulently obtained money into and through his personal and business accounts.

7.   At the time that he made the financial transfers, defendant SAMUEL D. MARCUS knew "Rachel Jude" and "Ned McMurray" to be "scammers" who carried out "sophisticated online fraud" schemes.

8.   Defendant SAMUEL D. MARCUS continued to work as a Money Mule for the fraudsters after being informed by the Federal Bureau of Investigation that the money passing through his accounts had been "stolen from other people" and that the monetary transfers through his accounts "kind of hides where the money's gone," which is "money laundering, it's what it is."

9.   From in or about July 2023 to in or about December 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMUEL D. MARCUS**

conspired and agreed with the fraudsters who used the aliases "Rachel Jude" and "Ned McMurray," and others known and unknown to the grand jury:

2

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b. to knowingly engage and attempt to engage in monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud (in violation of Title 18, United States Code, Section 1343), in violation of Title 18, United States Code, Section 1957.

## MANNER AND MEANS

It was part of the conspiracy that:

10. The fraudsters instructed their fraud victims to transfer funds to financial accounts opened by various Money Mules, including those controlled by defendant SAMUEL D. MARCUS.

11. Under the direction of fraudsters using the aliases "Rachel Jude" and "Ned McMurray," defendant SAMUEL D. MARCUS and other Money Mules conducted a series of rapid financial transactions to convert fraud victim funds deposited into their accounts into cryptocurrency

3

and to move those funds into foreign accounts. These transactions were intended to disguise the nature and location of the proceeds, conceal the true ownership and control of the proceeds, and obscure the source of the funds, in order to transfer and obtain the fraudulently obtained proceeds without being detected by victims or law enforcement.

12.    On or about November 30, 2023, defendant SAMUEL D. MARCUS formed a limited liability company with the Commonwealth of Pennsylvania in the name of SDM Clearing Depo LLC and signed an Operating Agreement listing himself as the 100% owner of SDM Clearing Depo LLC.

13.    In order to quickly receive and launder the proceeds of the various fraud schemes, defendant SAMUEL D. MARCUS caused numerous financial accounts to be opened, in his own name and in the name of SDM Clearing Depo LLC, including at Bank of America, TD Bank, Citadel Credit Union, Santander Bank, Pentagon Federal Credit Union ("PenFed"), Ally Bank, TruMark Financial Credit Union, Wilmington Savings Fund Society Bank ("WSFS"), American Heritage Credit Union, PNC Bank, Avant, Capital One, Digital Federal Credit Union, Payward Interactive, Inc. ("Kraken"), and Vanguard.

14.    Defendant SAMUEL D. MARCUS corresponded via text message, WhatsApp, Facebook Messenger, and email with fraudsters using the aliases "Rachel Jude" and "Ned McMurray" about the incoming and outgoing financial transactions, and about what to tell financial institutions and victims when issues and questions arose regarding the basis and nature of the transactions.

15.    For his efforts, defendant SAMUEL D. MARCUS received small payments or kept a small portion of the fraud proceeds that passed through his accounts.

4

16.    Defendant SAMUEL D. MARCUS misled and lied to financial institutions and law enforcement officers about the origin, basis, and nature of the financial transfers in and out of his personal and business accounts.

17.    Defendant SAMUEL D. MARCUS personally laundered and attempted to launder millions of dollars of what he knew to be fraudulently obtained proceeds, frequently in transactions exceeding $10,000.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS TWO THROUGH SEVEN
### (Illegal Monetary Transactions)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs 1 through 8 and 10 through 17 of Count One are incorporated here.

2. On or about the dates listed below, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SAMUEL D. MARCUS

knowingly engaged in, attempted to engage in, and aided, abetted, and willfully caused, the following monetary transactions affecting interstate and foreign commerce in criminally derived property of a value greater than $10,000, described more fully below, and such property was derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, each transaction constituting a separate count:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 2 | 07/03/24 | Receipt of approximately $200,000 wire in fraud scheme proceeds from another Money Mule, which were deposited into the Bank of America account ending in 2678 controlled by defendant SAMUEL D. MARCUS |
| 3 | 07/05/24 | Wire of approximately $99,000 in fraud scheme proceeds from the Bank of America account ending in 2678 controlled by defendant SAMUEL D. MARCUS, which were used to purchase cryptocurrency |
| 4 | 12/23/24 | Wire of approximately $21,000 in fraud scheme proceeds from the TD Bank account ending in 4635 controlled by defendant SAMUEL D. MARCUS, which were used to purchase   cryptocurrency |
| 5 | 01/30/25 | Wire of approximately $29,940 in fraud scheme proceeds from the TD Bank account ending in 4635 controlled by defendant SAMUEL D. MARCUS, which were used to purchase cryptocurrency |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 6 | 04/07/25 | Wire of approximately $15,000 in fraud scheme proceeds from the Santander Bank account ending in 3384 controlled by defendant SAMUEL D. MARCUS, which were used to purchase cryptocurrency |
| 7 | 05/28/25 | Wire of approximately $25,470 in fraud scheme proceeds from a Citadel Credit Union account ending in 7525 controlled by defendant SAMUEL D. MARCUS, which were used to purchase cryptocurrency |

All in violation of Title 18, United States Code, Sections 1957 and 2.

## COUNT EIGHT
### (Concealment Money Laundering)

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 8 and 10 through 17 of Count One are incorporated here.

2. On or about October 8, 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SAMUEL D. MARCUS

knowingly conducted, attempted to conduct, and aided, abetted, and willfully caused a financial transaction affecting interstate and foreign commerce, that is the receipt of a wire transfer of approximately $25,000 in fraud scheme proceeds that were deposited by a Money Mule into the WSFS Bank account ending in 7968 controlled by defendant MARCUS.

3. When conducting, attempting, aiding, abetting, and willfully causing, the financial transaction described in paragraph 2 above, defendant SAMUEL D. MARCUS knew that the property involved in that financial transaction represented the proceeds of some form of unlawful activity.

4. The financial transaction described in paragraph 2 above involved the proceeds of a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, and the defendant acted with the knowledge that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

8

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  As a result of the violations of Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(h), and 1957, set forth in this indictment, defendant

### SAMUEL D. MARCUS

shall forfeit to the United States of America any and all property, real or personal, involved in such offenses, and any property traceable to such property.

2.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

**A TRUE BILL:**

_Christine E. Ayres for_

**DAVID METCALF**
**UNITED STATES ATTORNEY**

10

No._ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

SAMUEL D. MARCUS

INDICTMENT

Counts

**18 U.S.C. § 1956(h) (conspiracy to commit money laundering - 1 count)**
**18 U.S.C. § 1957 (illegal monetary transactions – 6 counts)**
**18 U.S.C. § 1956(a)(1)(B)(i) (concealment money laundering - 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notice of Forfeiture**

Filed in open court this _____ day,
Of _January_ A.D. 20 _26_

Foreperson

Bail, $_____