IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                   :               CRIMINAL ACTION

        v.                         :

                                   :               NO. 26-42

SAMUEL MARCUS              :
USM: 39578-512

**<u>REVISED NOTICE*</u>**

       Take notice that the defendant is scheduled for a **Change of Plea Hearing** on
**July 6, 2026 ***at *1:00 p.m.* before the **Honorable Joel H. Slomsky** in **Courtroom 13A** of the
United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court
proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this
proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on
bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A     interpreter will be required for the defendant.

☒ **Hearing rescheduled from: 1:30 p.m. to 1:00 p.m.**

For additional information, please contact the undersigned.

By:         Laura Buenzle Roberts
            Deputy Clerk to J.  Joel H. Slomsky
            Phone: 267-299-7341

Date:       7/6/2026

cc via email:      Defendant (via Defense Counsel)
                  Samuel S. Dalke, AUSA
                  Maranna J. Meehan, Defense Counsel
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator

crnotice (July 2021)